1AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED

Oct 6 2025

Clerk, U.S. District Court
Western District of Texas

By: ___*mvm*___
                Deputy

| | |
|---|---|
| USA | § |
| | §  CRIMINAL COMPLAINT |
| vs. | §  CASE NUMBER: **EP:25-M -05514(1) RFC** |
| | § |
| **(1) MARCOS HERNANDEZ-ORTIZ** | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 04, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title    **8**    United States Code, Section(s)    **1326(a)**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: " The DEFENDANT, Marcos HERNANDEZ-Ortiz, an alien to the United States and a citizen of Mexico was found approximately 10.7 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas.  From statements made by "

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ SAENZ, OFILIA
Signature of Complainant
Border Patrol Agent

October 6, 2025
File Date

at   EL PASO, Texas
     City and State

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

*[signature]*
Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 1:11 PM.**
**FED.R.CRIM.P.4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -05514(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) MARCOS HERNANDEZ-ORTIZ**

FACTS   (CONTINUED)

the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on October 17, 2024 through Atlanta, Georgia.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

IMMIGRATION HISTORY:

The DEFENDANT has been removed 2 time(s), the last one being to MEXICO on October 17, 2024, through ATLANTA, GA

CRIMINAL HISTORY:

11/24/2022, MOUNT VERNON POLICE DEPT. MOUNT , MALICIOUS MISCHIEF 3RD DEGREE (M), ACC, UNKNONW.
11/24/2022, MOUNT VERNON POLICE DEPT. MOUNT , ASSAULT 3, LAW ENFORCEMENT OFFICER (F), ACC, UNKNOWN .
09/12/2024, MOULTRIE MUNICIPAL COURT, GA , DUI(M), CNV, 44 DAYS CONFINEMENT, RISK REDUCTION PROGRAM, 12 MONTHS PROBATION .
09/12/2024, MOULTRIE MUNICIAL COURT, GA, DRIVING W/OUT A VALID LICENSE (M), CNV, 44 DAYS CONFINEMENT .
09/22/2025, MOULTRIE MUNICIPAL COURT, GA , DUI(M), CNV, FINE $732.33, RISK REDUCTION PROGRAM, COMMUNITY SERVICE 40 HRS, 2 MONTHS PROB..